# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
10-19-16

| | |
|---|---|
| United States of America<br>v.<br>Yesenia Campos,<br>a.k.a.: Elizabeth Gonzales,<br>(A 096 218 090)<br>*Defendant* | Case No. 16-8392MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 19, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Yesenia Campos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 12, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

The criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Barry Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 20, 2016

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Barry Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 19, 2016, the Phoenix ICE Fugitive Operations Team (FOT) was following a lead presented to them by the National Criminal Analysis and Targeting Center. FOT officers located Yesenia Campos in the parking lot of her place of residence, on North Tatum Street, in Phoenix, Arizona. On scene, ICE Officer K. Keish interviewed Campos and determined her to be a Mexican citizen, illegally present in the United States. On the same date, Campos was transported to the Phoenix ICE office for further investigation and processing. Campos was held in administrative custody until her criminal and immigration records could be obtained and her identity confirmed.

3. Immigration history checks revealed Yesenia Campos to be a citizen of Mexico and a previously deported criminal alien. Campos was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 12, 2003, pursuant to an order

1

of removal issued by an immigration judge. There is no record of Campos in any Department of Homeland Security database to suggest that she obtained permission from the Secretary of the Department of Homeland Security to return to the United States after her removal. Campos' immigration history was matched to her by electronic fingerprint comparison.

4. Criminal history checks revealed that Yesenia Campos was convicted of Sale or Transportation of Dangerous Drugs, and Possession for Sale of Narcotic Drugs, both felony offenses, on January 7, 2003, in the Superior Court of Arizona, Maricopa County. Campos was sentenced to two (2) months' incarceration and four (4) years' probation. Campos' criminal history was matched to her by electronic fingerprint comparison.

5. On October 19, 2016, Yesenia Campos was advised of her constitutional rights. Campos freely and willingly declined to provide a statement under oath.

6. For these reasons, the affiant submits that there is probable cause to believe that on or about October 19, 2016, Yesenia Campos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 12, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


_____
Barry Jansen,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 20th day of October, 2016.

_____
John Z. Boyle,
United States Magistrate Judge